IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK H. CARBER, III INDIVIDUALLY AND ON BEHALF OF the Estate of MARJORIE A. CARBER, and CHRISTINE CARBER AND ROBERT CARBER, INDIVIDUALLY<br><br>Plaintiffs,<br><br>v.<br><br>MANOR CARE OF WILMINGTON DE, LLC, and HCR III Healthcare, LLC<br><br>Defendants. | Civil Action № 1:23-cv-00320-GBW<br><br>TRIAL BY JURY DEMANDED |

**PROPOSED ORDER**

AND NOW having reviewed Plaintiff's Motion to Amend Complaint it is hereby ORDERED that the proposed Amended Complaint shall be accepted as the complaint in this case.

_____
The Honorable Gregory B. Williams

Date: May 5, 2023