# IN THE UNITED STATE DISTRIC COURT

# FOR THE STATE OF DELAWARE

| | |
|---|---|
| FRANK H. CARBER, III INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARJORIE A. CARBER, AND CHRISTINE CARBER AND ROBERT CARBER, INDIVIDUALLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROMEDICA SKILLED NURSING AND REHABILITATION (WILMINGTON), d/b/a MANORCARE HEALTH SERVICES-WILMINGTON, f/k/a MANORCARE HEALTH SERVICES-WILMINGTON, MANORCARE HEALTH SERVICES, INC., HCR III HEALTHCARE, LLC, LESLIE JAFFEY, and RAHEL ANDEMICAEL,<br><br>　　　　Defendants. | C.A. No. 1:23-cv-320-SRF |

## NOTICE OF FIRM AND ADDRESS CHANGE
## FOR PLAINTIFF'S COUNSEL

PLEASE TAKE NOTICE that the firm and address for Plaintiff's counsel has changed from Hudson, Castle & Inkell, LLC, 2 Mill Road, Suite 202, Wilmington Delaware 19806 to The Inkell Firm, LLC, 1201 N. Orange Street, Suite 501, Wilmington, Delaware 19801.

**THE INKELL FIRM**

*/s/ Joshua J. Inkell*
Joshua J. Inkell, Esquire (#5620)
1201 N. Orange Street, Suite 501
Wilmington, DE 19801
(302) 297-7775
Josh@inkellfirm.com
*Attorney for Plaintiff*

Dated: October 2, 2024

**IT IS SO ORDERED** this _____ day of _____, 2024.

                                                                                      _____
                                                                                      J.