IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK H. CARBER, III, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARJORIE A. CARBER, AND CHRISTINE CARBER AND ROBERT CARBER, INDIVIDUALLY, <br><br> Plaintiffs, <br><br> v. <br><br> MANOR CARE OF WILMINGTON DE, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-00320-GBW ) ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 11, 2024, Defendant caused a copy of *Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)* to be served upon counsel of record via electronic mail to:

Joshua J. Inkell, Esquire
The Inkell Firm, LLC
1201 N. Orange Street
Suite 501
Wilmington, DE 19801
josh@inkellfirm.com
*Attorneys for Plaintiffs*

                                Respectfully submitted,

                                **BUCHANAN INGERSOLL & ROONEY PC**

                                */s/ Geoffrey G. Grivner*
                                Geoffrey G. Grivner (#4711)
                                Kody M. Sparks (#6464)
                                Buchanan Ingersoll & Rooney P.C.
                                500 Delaware Ave., Suite 720
                                Wilmington, DE 19801
                                Telephone: (302) 552-4207

        Facsimile: (302) 552-4295
        Email: geoffrey.grivner@bipc.com
              kody.sparks@bipc.com

\*     \*     \*

Eric D. Heicklen
Joshua T. Calo
(admitted pro hac vice)
Buchanan Ingersoll & Rooney P.C.
700 Alexander Park, Suite 300
Princeton, NJ 08540-6347
Telephone: (609) 987-6900
Facsimile: (609) 520-0360
Email: eric.heicklen@bipc.com
       joshua.calo@bipc.com

*Attorneys for Defendant,* Manor Care of Wilmington DE, LLC

DATED: October 11, 2024