IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK H. CARBER, III, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARJORIE A. CARBER, AND CHRISTINE CARBER AND ROBERT CARBER, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>MANORCARE OF WILMINTON DE, LLC,<br>Defendant. | Civil Action No. 1:23-cv-00320-SRF |

## WITHDRAWAL OF DANIEL P. HAGELBERG, ESQ., UNDER RULE 83.7

PLEASE WITHDRAW the appearance of Daniel P. Hagelberg, Esq., on behalf of Plaintiffs'. This withdrawal is being filed under FCRP 83.7. Joshua J. Inkell, Esq., remains as lead counsel for Plaintiffs'.

The Inkell Firm, LLC

*/s/ Joshua J. Inkell*
Joshua J. Inkell, Esq. (DE #5620
Daniel P. Hagelberg, Esq. (DE #6813)
1201 N. Orange St., Ste. 501
Wilmington, DE 19801
(302) 297-7775
Josh@Inkellfirm.com
*Attorney for Plaintiffs'*

November 20, 2024